IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

05/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0541

No. DA 22-0541

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BEAU AVIDIYA,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 21st, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 16 2024